UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE   96 FEB -3 AM 11: 35
WESTERN DIVISION

JEWELL BELL

      Plaintiff,

VS.                                                        Civil No. 96-3347-GA

REGIONAL ADJUSTMENT BUREAU, INC.

      Defendant.

## JUDGMENT IN CIVIL CASE

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the Order of Dismissal, entered January 30, 1998, this case is hereby DISMISSED with prejudice.


*Julia Smith Gibbons*
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE


February 3, 1998
Date

ROBERT R. DI TROLIO
Clerk

(By) Deputy Clerk

DEPUTY CLERK


this document entered on docket sheet in compliance with Rule 58 and/or
79 (a) FRCP on 2-3-98